BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:   (650) 482-3040
Facsimile:   (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA SECURITY ALARMS, INC.,<br><br>　　　　Defendants. | NO.  C04-02530 SI<br><br>**STIPULATION TO RELEASE PLAINTIFF'S MEDICAL RECORDS; [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this Stipulation to Release Medical Records of Plaintiff YVONNE COX in this matter.

Plaintiff YVONNE COX was treated by Sarah Ashbrook, Community Counseling Center, California State University, East Bay (formerly, California State University, Hayward) located at 22580 Carlos Bee Boulevard, Hayward, California 94542-3076, Telephone: (510) 885-3007.

### **RECORDS TO BE RELEASED**

1. Any and all Intake Report(s), Progress Notes; Discharge Summary; Verification of Counseling Services; Diagnosis, Modulations, Result of Clinical Testing and Diagnostic Summary, as well as any records which speak to the frequency of treatment furnished.

1  Said records shall be released to Plaintiff YVONNE COX's legal counsel, Beth W. Mora, Esq. at
2  the Law Offices of Lucius A. Cooper, 18 Crow Canyon Court, Suite 145, San Ramon, California, 94583
3  within fifteen (15) days of the date the Stipulation and Order is executed by the Court. Plaintiff's counsel
4  shall have fifteen (15) days thereafter to provide Defendant CALIFORNIA SECURITY ALARMS,
5  INC.'s counsel of record in this matter with a full and complete copy of the records produced.

**SIGNATURE OF COUNSEL**

DATED: June 6, 2005    By:  ___/s/_____
                            BETH W. MORA, ESQ.
                            LAW OFFICES OF LUCIUS A. COOPER
                            Attorneys for Plaintiff

DATED: June 6, 2005    By:  __/s/_____
                            H. ANN LIROFF, ESQ.
                            HANNIG LAW FIRM
                            Attorneys for Defendant
                            CALIFORNIA SECURITY ALARMS, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____                         _____ ICT JUDGE



STIPULATION TO RELEASE PLAINTIFF'S MEDICAL RECORDS
CASE NO. C04-02530 SI                2