BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff YVONNE COX


H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:     (650) 482-3040
Facsimile:     (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX,                                ) | NO.  C04-02530 SI |
| ) | |
| Plaintiff,           ) | **STIPULATION TO CONTINUE** |
| ) | **SCHEDULING ORDER AS TO** |
| vs.                                                    ) | **DISCOVERY AND [PROPOSED]** |
| ) | **ORDER** |
| CALIFORNIA SECURITY ALARMS, INC.,  ) | |
| ) | |
| Defendants.           ) | |
| _____ ) | |

     The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling order as to discovery in this matter.

     WHEREAS the parties are attending a Settlement Conference before Magistrate Judge Maria-Elena James on August 3, 2005;

     WHEREAS in the best interest of this matter, the parties wish to engage in the Settlement Conference without incurring additional extensive deposition costs;

     WHEREAS non-expert discovery is currently scheduled to close on Tuesday, September 1, 2005;

     WHEREAS the parties wish to engage in additional depositions after the Settlement Conference;

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO DISCOVERY DEADLINE
CASE NO.  C04-02530 SI

1    THEREFORE the parties jointly request to extend the non-expert discovery cut off date from
2  Tuesday, September 1, 2005 to Tuesday, November 1, 2005.

**SIGNATURE OF COUNSEL**

DATED:   July 7, 2005        By:   __/s/_____
                                   BETH W. MORA, ESQ.
                                   LAW OFFICES OF LUCIUS A. COOPER
                                   Attorneys for Plaintiff
                                   YVONNE COX


DATED:   July 7, 2005        By:   __/s/_____
                                   H. ANN LIROFF, ESQ.
                                   HANNIG LAW FIRM
                                   Attorneys for Defendant
                                   CALIFORNIA SECURITY ALARMS, INC.

**[PROPOSED] ORDER**

The non-expert discovery cut off date shall be moved from Tuesday, September 1, 2005 to Tuesday, November 1, 2005.

IT IS SO ORDERED.

DATED:   _____      By:   _____
                                   UNITED STATES DISTRICT JUDGE

APPROVED
Judge Susan Illston

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO DISCOVERY DEADLINE
CASE NO. C04-02530 SI                           2