1  BETH W. MORA, ESQ.  BAR NO: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:  (925) 820-0278

5  Attorneys for Plaintiff YVONNE COX

6

7  H. ANN LIROFF, ESQ., BAR NO.: 113180
   PETER W. DANIEL, ESQ., BAR NO.: 179107
   HANNIG LAW FIRM
8  2991 El Camino Real
   Redwood City, California 94061
9  Telephone:     (650) 482-3040
   Facsimile:     (650) 482-2820
10
   Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.
11

*IT IS SO ORDERED*
*Judge Susan Illston*

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14
   YVONNE COX,                              )   NO.  C04-02530 SI
15                                          )
              Plaintiff,                    )   **STIPULATION AND ORDER**
16                                          )   **CONTINUING CMC**
   vs.                                      )
17                                          )   DATE:      August 19, 2005
   CALIFORNIA SECURITY ALARMS, INC.,        )   TIME:      2:30 p.m.
18                                          )   CTRM:      10, 19th Floor
              Defendants.                   )
19 _____  )

20        The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling

21 order as to discovery in this matter.

22        WHEREAS the parties are attending a Settlement Conference but were forced to reschedule to

23 Defendant's availability.  The Settlement Conference was rescheduled for the first available time with

24 Judge Edward M. Chen on Thursday, September 8, 2005;

25        WHEREAS in the best interest of this matter, the parties wish to engage in the Settlement

26 Conference without incurring additional litigation costs;

27        WHEREAS a further Case Management Conference is scheduled for Friday, August 19, 2005;

28        WHEREAS the parties wish to postpone the further Case Management Conference to Friday,

September 23, 2005 to allow the parties to focus their attentions on the Settlement Conference and to further allow the parties to file a Further Joint Case Management Statement should a resolution not be reached;

    THEREFORE the parties jointly request to extend the further Case Management Conference from Friday, August 19, 2005 to Friday, September 23, 2005 at 2:30 p.m..

## SIGNATURE OF COUNSEL

DATED:   August 1, 2005         By:    __/s/_____
                                      BETH W. MORA, ESQ.
                                      LAW OFFICES OF LUCIUS A. COOPER
                                      Attorneys for Plaintiff


DATED:   August 1, 2005         By:    __/s/_____
                                      H. ANN LIROFF, ESQ.
                                      HANNIG LAW FIRM
                                      Attorneys for Defendant
                                      CALIFORNIA SECURITY ALARMS, INC.

## FURTHER CASE MANAGEMENT ORDER

    The further Case Management Conference is to be moved from Friday, August 19, 2005 to Friday, September 23, 2005.

DATED:  8/3/05              By:    __ /s/ Susan Illston _____
                                   UNITED STATES DISTRICT JUDGE