BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:    (650) 482-3040
Facsimile:    (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE COX, | NO.  C04-02530 SI |
| Plaintiff, | STIPULATION TO RELEASE CONTACT INFORMATION ON TREATING THERAPIST; ORDER THEREON |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | |
| Defendants. | |

The parties to the above-entitled action jointly submit this Stipulation to Release Contact

Information for the therapist of Plaintiff YVONNE COX in this matter.

WHEREAS: Plaintiff YVONNE COX alleges that her damages in this action include, but

are not limited to, emotional distress;

WHEREAS: Plaintiff YVONNE COX was treated by Sarah Ashbrook an undergraduate

student therapist at the Community Counseling Center, California State University, East Bay

(formerly, California State University, Hayward) located at 22580 Carlos Bee Boulevard,

Hayward, California 94542-3076, Telephone: (510) 885-3007, from about June 2004 through

{CAL:1389:PWD:H0019452.DOC.1}
STIPULATION AND ORDER TO RELEASE INFORMATION ON TREATING THERAPIST

May, 2005;

WHEREAS: With the parties' stipulation, the court has already ordered the release from the above-named facility of "Any and all Intake Report(s), Progress Notes; Discharge Summary; Verification of Counseling Services; Diagnosis, Modulations, Result of Clinical Testing and Diagnostic Summary, as well as any records which speak to the frequency of treatment furnished," and a copy of this order is attached as Exhibit A;

WHEREAS: Such records have been produced and show that Plaintiff YVONNE COX was seen approximately 30 times by Ms. Sarah Ashbrook during the time period in question, and that Ms. Ashbrook took detailed notes concerning each visit;

WHEREAS: Both parties have been informed that Ms. Ashbrook has graduated from her undergraduate studies as Cal. State East Bay;

WHEREAS: Both parties wish to communicate with Ms Ashbrook concerning this case and to ultimately take her deposition, but have thus far been unable to locate her; and

WHEREAS: The parties have contacted the Community Counseling Center and were told by Director Terry Soo-Hoo that, although the Community Counseling Center is able to reach Ms. Ashbrook, Cal. State East Bay will release no contact information for Ms. Ashbrook, or to forward any correspondence to her, without a court order.

## STIPULATION AND ORDER

1.      Cal. State East Bay shall release any contact information for Ms. Sarah Ashbrook, including but not limited to most recent telephone number, mailing address, residence address, and name of current employer, if known;

2.      Said information shall be released to Plaintiff YVONNE COX's legal counsel, Beth W. Mora, Esq. at the Law Offices of Lucius A. Cooper, 18 Crow Canyon Court, Suite 145, San Ramon, California, 94583 within three (3) days of the date of service of the executed Stipulation and Order.  Plaintiff's counsel shall immediately provide Defendant CALIFORNIA SECURITY ALARMS, INC.'s counsel of record in this matter with a full and complete copy of

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{CAL:1389:PWD:H0019452.DOC.1}
STIPULATION AND ORDER TO RELEASE INFORMATION ON TREATING THERAPIST
2 -

1    the information and records produced.

2        3.     This contact information will be used by the parties only for the purposes of con-

3    ducting discovery in this action.

4                              **SIGNATURE OF COUNSEL**

5    DATED:                              August ___, 2005

6                                        By:    /s/
                                              BETH W. MORA, ESQ.
7                                             LAW OFFICES OF LUCIUS A. COOPER
                                              Attorneys for Plaintiff
8

9    DATED:                              August ___, 2005

10
                                         By:    /s/
11                                            H. ANN LIROFF, ESQ.
                                              HANNIG LAW FIRM
12                                            Attorneys for Defendant
                                              CALIFORNIA SECURITY ALARMS,
13                                            INC.

14

15                                    **ORDER**

16        IT IS SO ORDERED.

17

18   DATED: August 3, 2005                      By:
                                           _   /s/   Susan Illston
19                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{CAL:1389:PWD:H0019452.DOC.1}
STIPULATION AND ORDER TO RELEASE INFORMATION ON TREATING THERAPIST
3 -