1  H. Ann Liroff (SB#113180)
   Peter W. Daniel (SB #179107)
2  **HANNIG LAW FIRM LLP**
   2991 El Camino Real
3  Redwood City, CA 94061
   Telephone:  (650) 482-3040
4  Facsimile:   (650) 482-2820

5  Attorneys for Defendant
   CALIFORNIA SECURITY ALARMS, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      [SAN FRANCISCO DIVISION]

| | |
|---|---|
| YVONNE COX, | Case No.:  C 4-2530 SI |
| Plaintiff, | **STIPULATION TO ACCELERATE SETTLEMENT CONFERENCE** |
| v. | |
| CALIFORNIA SECURITY ALARMS, INC., | Date:    October 14, 2005<br>Time:    10:00 a.m.<br>Judge:   Magistrate Judge Maria Elena-James |
| Defendant. | |

The parties to the above-entitled action jointly submit this Stipulation to Accelerate the Settlement Conference currently scheduled for October 14, 2005 at 10:00 a.m. before Magistrate Judge Maria Elena-James in this matter.

Non-expert discovery is scheduled to close in this matter on November 1, 2005.

Defense counsel has contacted Magistrate Judge Edward M. Chen regarding availability of dates and was advised that the sole date available is September 8, 2005. This date is available to all parties.

Counsel for both parties jointly request that the settlement conference is hereby scheduled from October 14, 2005 before Magistrate Judge Maria Elena-James

---

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{CAL:1389:MB:H0019327.DOC.1}
STIPULATION TO ACCELERATE SETTLEMENT CONFERENCE
CASE NO.  C04-02530 SI

to September 8, 2005 at 9:30 a.m. before Magistrate Judge Edward M. Chen and the Settlement Conference Statements are to be lodged no later than August 25, 2005.

DATED: July 21, 2005     By: /s/_____
                              BETH W. MORA, ESQ.
                              LAW OFFICES OF LUCIUS A. COOPER
                              Attorneys for Plaintiff

DATED: July 25, 2005     By: /s/_____
                              H. ANN LIROFF, ESQ.
                              HANNIG LAW FIRM
                              Attorneys for Defendant
                              CALIFORNIA SECURITY ALARMS, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____       By: _____
                              UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston

{CAL:1389:MB:H0019327.DOC.1}
STIPULATION TO ACCELERATE SETTLEMENT CONFERENCE
CASE NO. C04-02530 SI

- 2 -

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040