BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:    (650) 482-3040
Facsimile:    (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX, | NO. C04-02530 SI |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING ORDER AS TO EXPERT DISCOVERY AND [PROPOSED] ORDER** |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | |
| Defendants. | |

The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling order as to discovery in this matter.

WHEREAS the parties had a discovery dispute concerning an examination of Plaintiff, IME, which was resolved via a Court Order on August 29, 2005;

WHEREAS the parties are attempting to schedule Plaintiff's IME, taking into consideration the length of the requested IME to be conducted over three days and Plaintiff's surgery in September 2005;

WHEREAS the parties believe that it is in the best interest of all involved for designation of experts to occur after an IME report has been issued;

1     WHEREAS designation of expert(s) is currently scheduled to occur on Friday, September 16, 2005, rebuttal expert(s) designation to occur on Friday, September 30, 2005, with a close of expert discovery on October 28, 2005;

    WHEREAS the parties wish to extend the expert discovery as follows:

        Designation of Expert(s) on Friday, October 30, 2005;

        Rebuttal Expert(s) Designation on Friday, November 11, 2005; and,

        Close of Expert Discovery on Friday, December 16, 2005.

    THEREFORE the parties jointly request to extend the expert discovery cut off date as detailed immediately hereinabove.

**SIGNATURE OF COUNSEL**

DATED: September 2, 2005      By: \_\_/s/_____
                                              BETH W. MORA, ESQ.
                                              LAW OFFICES OF LUCIUS A. COOPER
                                              Attorneys for Plaintiff
                                              YVONNE COX

DATED: September 6, 2005      By: \_\_/s/_____
                                              H. ANN LIROFF, ESQ.
                                              HANNIG LAW FIRM
                                              Attorneys for Defendant
                                              CALIFORNIA SECURITY ALARMS, INC.

**[PROPOSED] ORDER**

The expert discovery scheduling order shall be modified to reflect the following:

        Designation of Expert(s) on Friday, October 30, 2005;

        Rebuttal Expert(s) Designation on Friday, November 11, 2005; and,

        Close of Expert Discovery on Friday, December 16, 2005.

IT IS SO ORDERED.

DATED: _____      By: _____
                                           UNITED STATES DISTRICT JUDGE

*[Stamp: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]*

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO EXPERT DISCOVERY DEADLINE
CASE NO. C04-02530 SI          2