1 BETH W. MORA, ESQ. BAR NO: 208859
  LAW OFFICES OF LUCIUS A. COOPER
2 A Professional Corporation
  18 Crow Canyon Court, Suite 145
3 San Ramon, California 94583
  Telephone: (925) 820-8949
4 Facsimile: (925) 820-0278

5 Attorneys for Plaintiff YVONNE COX

6

  H. ANN LIROFF, ESQ., BAR NO.: 113180
7 PETER W. DANIEL, ESQ., BAR NO.: 179107
  HANNIG LAW FIRM
8 2991 El Camino Real
  Redwood City, California 94061
9 Telephone: (650) 482-3040
  Facsimile: (650) 482-2820
10
   Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.
11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| YVONNE COX, | NO. C04-02530 SI |
| Plaintiff, | **DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION & STIPULATION OF WAIVER OF ATTORNEY FEES AND COSTS; [PROPOSED] ORDER** |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | |
| Defendants. | |

20 The parties to the above-entitled action jointly submit this Dismissal and Stipulation Waiving the

21 respective parties attorney fees and costs:

22 WHEREAS Plaintiff's Complaint contains a Cause of Action (Number 3) for DISABILITY

23 DISCRIMINATION, HARASSMENT AND RETALIATION, FAILURE TO PROVIDE A REASONABLE

24 ACCOMMODATION AND FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS IN VIOLATION

25 OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT ("FEHA");

26 WHEREAS Plaintiff voluntarily dismisses her Third (3rd) Cause of Action **"without prejudice"**,

27 following the close of discovery, Plaintiff will amend the Dismissal to be **"with prejudice"**;

28

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO EXPERT DISCOVERY DEADLINE
CASE NO. C04-02530 SI

1     WHEREAS the parties agree that each shall bear their own attorney fees and costs in relation to this
2 cause of action;
3     THEREFORE Plaintiff requests Dismissal of her Third (3rd) Cause of Action.

**SIGNATURE OF COUNSEL**

DATED:     September 26, 2005     By:    __/s/_____
    BETH W. MORA, ESQ.
    LAW OFFICES OF LUCIUS A. COOPER
    Attorneys for Plaintiff
    YVONNE COX

DATED:     September 26, 2005     By:    __/s/_____
    H. ANN LIROFF, ESQ.
    HANNIG LAW FIRM
    Attorneys for Defendant
    CALIFORNIA SECURITY ALARMS, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____     By: _____

[GRANTED - Judge Susan Illston - United States District Court, Northern District of California seal]

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO EXPERT DISCOVERY DEADLINE
CASE NO. C04-02530 SI     2