| | |
|---|---|
| 1 | BETH W. MORA, ESQ.  BAR NO: 208859<br>LAW OFFICES OF LUCIUS A. COOPER |
| 2 | A Professional Corporation<br>18 Crow Canyon Court, Suite 145 |
| 3 | San Ramon, California  94583<br>Telephone:  (925) 820-8949 |
| 4 | Facsimile:  (925) 820-0278 |
| 5 | Attorneys for Plaintiff YVONNE COX |
| 6 | |
| 7 | H. ANN LIROFF, ESQ., BAR NO.: 113180<br>PETER W. DANIEL, ESQ., BAR NO.: 179107 |
| 8 | HANNIG LAW FIRM<br>2991 El Camino Real |
| 9 | Redwood City, California 94061<br>Telephone:     (650) 482-3040 |
|  | Facsimile:      (650) 482-2820 |
| 10 | |
| 11 | Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YVONNE COX, | ) | NO.  C04-02530 SI |
|  | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
|  | ) | **SCHEDULING ORDER AS TO EXPERT** |
| vs. | ) | **DISCOVERY AND [PROPOSED] ORDER** |
|  | ) | |
| CALIFORNIA SECURITY ALARMS, INC., | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties to the above-entitled action jointly submit this Stipulation to Continue the Scheduling order as to discovery in this matter as to Expert Discovery.

WHEREAS Plaintiff's scheduled IME was moved due to Plaintiff's medical condition, surgery and following emergency medical treatment;

WHEREAS Plaintiff's IME is currently scheduled for November 7, 2005, November 8, 2005 and November 10, 2005;

WHEREAS the parties believe that it is in the best interest of all involved for designation of experts to occur after an IME report has been issued;

1 | WHEREAS several experts approached by Plaintiff's counsel have stated that they would need to review the IME report before issuing an expert report in this matter;

WHEREAS designation of expert(s) is currently scheduled to occur on Monday, October 31, 2005, rebuttal expert(s) designation to occur on Friday, November 11, 2005, with a close of expert discovery on Friday, December 16, 2005;

WHEREAS the parties wish to extend the expert discovery as follows:

    Designation of Expert(s) on Wednesday, November 30, 2005;

    Rebuttal Expert(s) Designation on Thursday, December 15, 2005; and,

    Close of Expert Discovery on Friday, January 20, 2006.

THEREFORE the parties jointly request to extend the expert discovery cut off date as detailed immediately hereinabove.

**SIGNATURE OF COUNSEL**

DATED: October 26, 2005     By: \_\_/s/_____
BETH W. MORA, ESQ.
LAW OFFICES OF LUCIUS A. COOPER
Attorneys for Plaintiff
YVONNE COX

DATED: October 26, 2005     By: \_\_/s/_____
H. ANN LIROFF, ESQ.
HANNIG LAW FIRM
Attorneys for Defendant
CALIFORNIA SECURITY ALARMS, INC.

///

STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO EXPERT DISCOVERY DEADLINE
CASE NO. C04-02530 SI      2

**[PROPOSED] ORDER**

The expert discovery scheduling order shall be modified to reflect the following:

Designation of Expert(s) on Wednesday, November 30, 2005;

Rebuttal Expert(s) Designation on Thursday, December 15, 2005; and,

Close of Expert Discovery on Friday, January 20, 2006.

IT IS SO ORDERED.

DATED: _____  By: _____ JUDGE



STIPULATION TO CONTINUE SCHEDULING ORDER
AS TO EXPERT DISCOVERY DEADLINE
CASE NO. C04-02530 SI

3