BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:   (650) 482-3040
Facsimile:   (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX, | NO.  C04-02530 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON- EXPERT DISCOVERY DEADLINES** |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | TRIAL DATE:          March 6, 2006 |
| Defendants. | |

The parties to the above-entitled action jointly submit this Stipulation to extend the non-expert discovery deadline in this matter.

WHEREAS, the current non-expert discovery cutoff in this case is Tuesday, November 1, 2005, and the current date for the cutoff of expert discovery is Friday, January 20, 2006;

WHEREAS, the parties have exchanged full sets of written discovery in a timely manner, have conducted depositions of witnesses, and have set the IME for plaintiff for Monday, November 7 through Thursday, November 10;

WHEREAS, the parties desire to continue to investigate the facts and to conduct further depositions, if necessary;

WHEREAS, the parties have agreed to keep non-expert discovery open until Friday, February 3, which is 31 days before trial.

THEREFORE, the parties jointly request to extend the deadline for non-expert discovery from Tuesday, November 1, 2005 to Friday, February 3, 2006.

## SIGNATURE OF COUNSEL

DATED: _____11/2, 2005        By: _____/s/_____
                                    BETH W. MORA, ESQ.
                                    LAW OFFICES OF LUCIUS A. COOPER
                                    Attorneys for Plaintiff


DATED: _____11/2, 2005        By: _____/s/_____
                                    H. ANN LIROFF, ESQ.
                                    HANNIG LAW FIRM
                                    Attorneys for Defendant
                                    CALIFORNIA SECURITY ALARMS, INC.

## FURTHER CASE MANAGEMENT ORDER

The deadline for non-expert discovery shall be moved from Tuesday, November 1, 2005 to Friday, February 3, 2006.

DATED: 11/02/05                By: _____
                                    UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Susan Illston

{CAL:1389:PWD:H0022649.DOC.1}
STIPULATION TO CONTINUE NON-EXPERT DISCOVERY DEADLINES
CASE NO.  C04-02530 SI                               2