BETH W. MORA, ESQ. BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX, | NO. C04-02530 SI |
| Plaintiff, | **STIPULATION RE: DISMISSAL OF SPECIFIC CLAIMS WITH PREJUDICE** |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | TRIAL DATE: March 6, 2006 |
| Defendants. | |

The parties to the above-entitled action jointly submit this Stipulation Re: Dismissal with Prejudice of specific causes of action and partial causes of action prior to trial, hereby waiving each party's respective attorney's fees as to said dismissed causes of action and claims: Waiving the respective parties' attorney fees and costs:

{CAL:1389:PWD:H0025265.DOC.1}
Dismissal of Causes of Action 1, 2, 3, 4 (Partial) and Causes of Action 3, 6, 7, 8, (Entire)
CASE NO. C04-02530 SI

1. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 1) entitled RACE DISCRIMINATION, HARASSMENT, AND RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964; and she now voluntarily dismisses the RACE HARASSMENT element of the First Cause of Action **"with prejudice"**;

2. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 2) entitled RACE DISCRIMINATION, HARASSMENT, AND RETALIATION IN VIOLATION OF FAIR EMPLOYMENT AND HOUSING ACT "FEHA"; and Plaintiff now voluntarily dismisses the RACE HARASSMENT element of the Second Cause of Action **"with prejudice"**;

3. WHEREAS Plaintiff's Complaint contains a Cause of Action (number 3) entitled DISABILITY DISCRIMINATION, HARASSMENT AND RETALIATION, FAILURE TO PROVIDE A REASONABLE ACCOMMODATION AND FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS IN VIOLATION OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT ("FEHA"); Plaintiff has previously dismissed her Third Cause Action **"without prejudice"**; and Plaintiff now voluntarily dismisses the Third Cause of Action **"with prejudice"**;

4. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 4) entitled GENDER DISCRIMINATION, HARASSMENT, AND RETALIATION IN VIOLATION OF VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964; and Plaintiff now voluntarily dismisses the GENDER DISCRIMINATION element of the

{CAL:1389:PWD:H0025265.DOC.1}
Dismissal of Causes of Action 1, 2, 3, 4 (Partial) and Causes of Action 3, 6, 7, 8, (Entire)
CASE NO. C04-02530 SI                                2

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

Fourth Cause of Action **"with prejudice"**;

5. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 5) entitled GENDER DISCRIMINATION, HARASSMENT, AND RETALIATION IN VIOLATION OF FAIR EMPLOYMENT AND HOUSING ACT "FEHA"; and Plaintiff now voluntarily dismisses the GENDER DISCRIMINATION element of the Fifth Cause of Action **"with prejudice"**;

6. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 6) entitled CLAIM FOR OVERTIME WAGES SATE AND FEDERAL LAW VIOLATIONS; and Plaintiff now voluntarily dismisses the Sixth Cause of Action **"with prejudice"**;

7. WHEREAS, Plaintiff's Complaint contains a Cause of Action (number 7) entitled VIOLATION OF LABOR CODE §201; and Plaintiff now voluntarily dismisses the Seventh Cause of Action **"with prejudice"**;

8. WHEREAS, Plaintiff's Complaint at page 13 contains a Cause of Action (number 8) entitled INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; and Plaintiff now voluntarily dismisses this Eighth Cause of Action **"with prejudice"**;

9. WHEREAS, the parties agree that each shall bear their own attorney fees and costs in relation to the foregoing causes of action, and that each party shall waive any claim for attorney fees or costs in relation to the foregoing causes of action;

10. WHEREAS, the remaining causes of action are the First Cause of Action

{CAL:1389:PWD:H0025265.DOC.1}
Dismissal of Causes of Action 1, 2, 3, 4 (Partial) and Causes of Action 3, 6, 7, 8, (Entire)
CASE NO. C04-02530 SI 3

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

(Race Discrimination and Retaliation only); the Second Cause of Action; (Race Discrimination and Retaliation only); the Fourth Cause of Action (Gender Discrimination and Retaliation only), the Fifth Cause of Action (Gender Discrimination and Retaliation only), and the Eighth Cause of Action entitled WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY.

11. WHEREAS, Plaintiff will have 15 days following the execution of this Stipulation and Order to file an Amended Complaint to reflect the remaining causes of action note in Paragraph 10.; and

12. WHEREAS, Defendant will have 10 days following the filing of said Amended Complaint to file an Amended Answer if necessary.

**Therefore, Plaintiff requests dismissal with prejudice of the racial harassment element of her First and Second Causes of Action, dismissal with prejudice of the gender discrimination element of her Fourth and Fifth Causes of Action, and dismissal with prejudice of her Third, Sixth, Seventh, and Eighth Causes of Action (Interference with Economic Advantage) in their entirety.**

**Plaintiff hereby has ~~15~~ 5 days to file an Amended Complaint in accordance with this Order.**

**Defendant hereby has ~~10~~ 5 days after the filing of said Amended Complaint**

///

///

{CAL:1389:PWD:H0025265.DOC.1}
Dismissal of Causes of Action 1, 2, 3, 4 (Partial) and Causes of Action 3, 6, 7, 8, (Entire)
CASE NO. C04-02530 SI

4

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

to file Amended Answer if necessary in accordance with this Order.

~~SIGNATURE OF COUNSEL~~

DATED: January ____, 2006   By: ___/s/___
BETH W. MORA, ESQ.
LAW OFFICES OF LUCIUS A. COOPER

Attorneys for Plaintiff

DATED: January ____, 2006   By: ___/s/___
H. ANN LIROFF, ESQ.
HANNIG LAW FIRM
Attorneys for Defendant
CALIFORNIA SECURITY ALARMS, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED:_____   By:_____
                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Susan Illston*

{CAL:1389:PWD:H0025265.DOC.1}
Dismissal of Causes of Action 1, 2, 3, 4 (Partial) and Causes of Action 3, 6, 7, 8, (Entire)
CASE NO. C04-02530 SI

5

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040