BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff YVONNE COX

H. ANN LIROFF, ESQ., BAR NO.: 113180
PETER W. DANIEL, ESQ., BAR NO.: 179107
HANNIG LAW FIRM
2991 El Camino Real
Redwood City, California 94061
Telephone:     (650) 482-3040
Facsimile:       (650) 482-2820

Attorneys for Defendant CALIFORNIA SECURITY ALARMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COX, | NO.  C04-02530 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| vs. | |
| CALIFORNIA SECURITY ALARMS, INC., | |
| Defendants. | |

WHEREAS, the parties to this action have fully and finally resolved all issues set forth in this case:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1);

///

STIPULATION OF DISMISSAL
CASE NO.  C04-02530 JCS

1  IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each
2  party shall bear their own attorneys' fees and costs of suit.

### SIGNATURE OF COUNSEL

DATED:     __4/20/06____          By:    __/s/_____
                                          BETH W. MORA, ESQ.
                                          LAW OFFICES OF LUCIUS A. COOPER
                                          Attorneys for Plaintiff
                                          YVONNE COX

DATED:     ___4/20/06___          By:    ____/s/_____
                                          H. ANN LIROFF, ESQ.
                                          HANNIG LAW FIRM
                                          Attorneys for Defendant
                                          CALIFORNIA SECURITY ALARMS, INC.

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED:      April 20, 2006        By:    _____
                                          UNITED STATES DISTRICT JUDGE

                                          Judge Joseph C. Spero

STIPULATION OF DISMISSAL
CASE NO. C04-02530 JCS                       2